IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY RUTH PRICE,<br>    Plaintiff<br><br>v.<br><br>PROMEDICA EMPLOYMENT<br>SERVICES, II, LLC; and<br>CURO HEALTH SERVICES d/b/a<br>GENTIVA SERVICES, INC.,<br>    Defendant | :   No. 3:24cv1575<br>:<br>:   (Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, to wit, this 26th day of August 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) The motion to dismiss filed by Defendant Curo Health Services d/b/a Gentiva Services, Inc. ("Gentiva"), (Doc. 15), is **DENIED**;

2) Gentiva shall respond to the complaint within the time contemplated by the Federal Rules of Civil Procedure; and

3) With respect to the discovery dispute between Plaintiff Mary Ruth Price and ProMedica Employment Services II, LLC, (see Docs. 24, 27, 30), this matter will be scheduled for a case management conference upon the closing of the pleadings and the court will address any discovery disputes at that time.

Date: 8/26/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court